IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANT Q. DANIEL,

    Plaintiff,                      No. CIV S-00-2500 GEB DAD P

    vs.

OFFICER D. VINCENT, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff has requested an order directing the California Department of Corrections to stop collecting money from his prison trust account for payment of the filing fee for this case. Plaintiff states that a family member sent the court a money order for the balance due, along with the case number and a trust account statement, approximately three weeks prior to October 30, 2005. The Financial Department of this court has no record of receiving such documents. IT IS ORDERED that plaintiff's November 7, 2005 request for a court order is denied without prejudice to the filing of a renewed request after the filing fee has been paid in full.

DATED: November 16, 2005.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
dani2500.feepymt